Receipt # OU'l'lU'l

ORIGINAL

FILED
MAR 7 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TERRA HEALTH, INCORPORATED

Plaintiff,

v. No. 08-139 C

THE UNITED STATES

Defendant

**RULE 7.1**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Rules of the United States Court of Federal Claims, Plaintiff, Terra Health, Incorporated hereby discloses the following:

1. Plaintiff does not have a parent corporation; and,

2. There is no publicly held corporation which owns more than 10% of Terra Health, Incorporated stock.

Dated March 6, 2008

Respectfully Submitted,

By: ______________________

**JOHN C. DULSKE**
State Bar No. 00783994
**JOAN KELLY FOWLER FIORINO**
State Bar No. 07038500
The Law Office of Dulske & Fiorino, P.C.
The Spectrum Building
10500 Heritage Blvd., Suite 107
San Antonio, Texas 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
jdulske@dulske-fiorino.com

Attorneys for Plaintiff, Terra Health, Inc.