IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRA HEALTH INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 08-139C<br>(Judge Hodges) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 90-day enlargement of time, to and including October 20, 2008, within which to file its response to the complaint. Our response is currently due on July 21, 2008. This is defendant's third request for an enlargement of time. We previously obtained two enlargements for a total of 75 days. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

The enlargement is requested for the purpose of exploring settlement. This case is related to another case pending before the Court (No. 08-159C) and to 11 cases pending before the Armed Services Board of Contract Appeals ("ASBCA"), all involving the same parties and the same contract. The parties have agreed to submit the ASBCA cases to mediation. A mediator has been appointed, and the mediation has been tentatively scheduled for the second week of September.

The Government's trial attorney will seek authorization from the Attorney General's representative to have this case and Case No. 08-159C mediated with the board cases. We respectfully request that the deadline for our answer be enlarged by 90 days, during which time the parties will explore the possibility of a global settlement of all 13 cases.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 90 days, to and including October 20, 2008, within which to file a response to the amended complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 514-8640

July 21, 2008

Attorneys for Respondent

**CERTIFICATE OF FILING**

I hereby certify that on the 21st day of July, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp