# In the United States Court of Federal Claims

* * * * * *

TERRA HEALTH, INC. *

Plaintiff, * No. 08-139C

v. * Filed: July 23, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Defendant's motion for an enlargement of time to respond to the complaint is GRANTED. Defendant's response will be filed no later than October 20.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge